IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) No. 2:24CR111 |
| MICHAEL HENRY, | ) |
| | ) |
| Defendant | ) |

## MOTION TO UNSEAL

The United States of America by its attorney, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Matthew J. Heck, Assistant United States Attorney, hereby requests that this Court order that the above-captioned Indictment be unsealed.

It is also requested that this Court order that a certified copy of the Motion to Unseal and Order to Unseal shall be given the United States Attorney's Office.

Respectfully Submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Matthew J. Heck
Assistant United States Attorney
Attorney for the United States
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510
Office Number: (757) 441-6331
Facsimile Number: (757) 441-6689
Email address: matthew.heck@usdoj.gov